UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

A.F., ET AL.,

                          Plaintiffs,                          26-cv-485 (JGK)

         - against -                                           Order

NEW YORK CITY DEPARTMENT OF
EDUCATION,

                          Defendant.
_____

John G. Koeltl, District Judge:

    The parties are directed to submit a Rule 26(f) report by **May 28, 2026.**

SO ORDERED.

Dated:     New York, New York
           May 13, 2026

                                      _____
                                              John G. Koeltl
                                      United States District Judge