UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
A.F., et al,

                                    Plaintiff(s)

                                                                                26 civ 485 (JGK)

             -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                                    Defendant(s).
-------------------------------------------------------------X

## ORDER

The conference scheduled for Thursday, May 28, 2026, at 12:00pm, is canceled.

**SO ORDERED.**

_____
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
        May 20, 2026